**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks          Date: July 22, 2011
Court Reporter: Janet Coppock                  Time: 24 minutes
Probation Officer: Katrina Devine              Interpreter: n/a

**CASE NO.  11-CR-00116-PAB**

Parties                                        Counsel

**UNITED STATES OF AMERICA,**                  Thoms O'Rourke

      Plaintiff,

vs.

**JASON EDWARD DESTEFANO,**                    Terrence Burke

      Defendant.

---

**SENTENCING**

---

**11:06 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and on bond .

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
11-CR-00116-PAB
July 22, 2011

Argument by Mr. O'Rourke in support of Government's Motion for Downward Departure Pursuant to 5K1.1 (Doc #13), filed 6/30/11.

Court states its findings and conclusions.

**ORDERED:**   Government's Motion for Downward Departure Pursuant to 5K1.1 (Doc #13), filed 6/30/11, is **GRANTED**.

Mr. Burke addresses sentencing.

Mr. O'Rourke addresses sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **May 3, 2011** to counts **1 and 2 of the Indictment.**

**ORDERED:**   Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:**   Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be **imprisoned** for **time served.**

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years as to counts 1 and 2, to be served concurrently.

**ORDERED: Conditions** of Supervised Release that:
- (**X**)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**)   Defendant shall not commit another federal, state or local crime.
- (**X**)   Defendant shall not illegally possess controlled substances.
- (**X**)   Defendant shall not possess a firearm or destructive device.
- (**X**)   Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.

Page Three
11-CR-00116-PAB
July 22, 2011

- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- () Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:  Special Condition** of Supervised Release that:
- (**X**) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance alcohol abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.
- (**X**) The defendant shall not be employed in a fiduciary position without prior permission from the Court.
- (**X**) Defendant shall advise the probation officer of all medical doctors he is seeing, of all medication that have been prescribed for him, and sign any releases as required by the probation office. In addition, the defendant shall advise his physician or other medical treatment provider of his addiction to pain medications.  He shall allow the probation officer to verify that this full disclosure has been made.
- (**X**) The **special assessment** shall be due immediately.  The balance of the monetary obligations shall be paid in monthly installment payments calculated as at least 10 percent of the defendant's gross monthly wages.
- (**X**) Defendant shall be placed on home detention for a period of **12** months, to commence within **21** days of sentencing.  During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer.  The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones for the above period.  The defendant shall wear an electronic device and shall observe the rules

Page Four
11-CR-00116-PAB
July 22, 2011

specified by the Probation Department.  The defendant will be required to pay the cost of electronic monitoring as directed by the probation officer.

**ORDERED:**   Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**   Defendant shall make **restitution** as follows:
$ **56,311.12**    to    **Key Bank**

**ORDERED:**   Interest on restitution is **WAIVED.**

**ORDERED**:  Bond is exonerated.

**ORDERED:**   A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**11:30 a.m.    COURT IN RECESS**

**Total in court time:    24 minutes**

**Hearing concluded**